Chicago Realty Shares, Inc., plaintiff in error, v. Frank T. Jordan, defendant in error. Gen. No. 36,043.

Opinion filed April 11, 1933. Rehearing denied April 24, 1933.

Irwin Grossman, for plaintiff in error. Adolph M. Newman, for defendant in error.

Mr. Justice Sullivan delivered the opinion of the court.

Abe Ellis and Harold Ellis, trading as Hamlin Parkway Garage, for the use of Henry Perlman, appellants, v. Liberty Trust & Savings Bank, appellee. Gen. No. 36,174.

Opinion

filed April 11, 1933.

Henry Perlman, *pro se.* Ringer, Wilhartz & Hirsch, for appellee; Julian H. Levi, of counsel.

Mr. Justice Sullivan delivered the opinion of the court.

Frank Schofield, appellee, v. Cosmopolitan Life Insurance Company, appellant. Gen. No. 36,216.

Opinion filed April 11, 1933.

A. F. W. Siebel, for appellant. Schofield & Wood, for appellee; Frank Schofield and David H. Kraft, of counsel.

Mr. Justice Sullivan delivered the opinion of the court.

Myrtle M. Beland, appellee, v. Modern Woodmen of America, appellant. Gen. No. 36,543.

Opinion

filed May 8, 1933.

George G. Perrin, George H. McDonald and Sonnenschein, Berkson, Lautmann, Levinson & Morse, for appellant; Jesse H. Brown, of counsel. James J. Danaher, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.